IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEONARD ROLLING**, 405832, | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-CV-1250-K** |
| | ) | **ECF** |
| **NATHANIEL QUARTERMAN,** | ) | |
| **Director TDCJ-CID,** | ) | |
| **Respondent.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), and a review of the Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge, filed on January 22, 2009, and Petitioner's Objections to the Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge, filed on February 11, 2009, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED.**

SO ORDERED

Signed: February 12ᵗʰ, 2009.

_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE